UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GABRIEL MIDALGO,

         Plaintiff,

  -v.-               9:06-CV-0330
                    (DNH)(RFT)

MCLAUGHLIN; COMMISSIONER GOORD;
SGT. OLSEN; C.O. CARTER; C.O. MILLER;
C.O. REED; DRUKIN,

         Defendants.

APPEARANCES:         OF COUNSEL:

GABRIEL MIDALGO
Plaintiff, *Pro Se*
97-A-7235
Southport Correctional Facility
P.O. Box 2000
Pine City, NY 14871

OFFICE OF THE ATTORNEY GENERAL  ROGER W. KINSEY, ESQ.
State of New York           Assistant Attorney General
The Capitol
Albany, NY 12224
Counsel for Defendants

**RANDOLPH F. TREECE, U.S. MAGISTRATE JUDGE**

## DECISION AND ORDER

  Presently before the Court is a motion to compel discovery filed by *pro se* plaintiff Gabriel Midalgo. Dkt. No. 32.[1] Defendants oppose the motion. Dkt. No. 34.

  Plaintiff's motion to compel relates to plaintiff's request for production of documents ("RFP") dated July 23, 2007. Dkt. No. 32. Plaintiff states that, as of the date of his motion, no response had been provided to his RFP. *Id*. at 1. Defendants oppose plaintiff's motion. Dkt. No.

---

[1] We note that Plaintiff has filed another Motion to Compel. Dkt. No. 43. This Order does not concern that second Motion, which will be considered in due course.

34.  Defendants state that on October 11, 2007, they sent Plaintiff a response to the RFP. *Id*., Attached Declaration of Service.  Defendants indicate that the response included 86 pages, and that Plaintiff "was advised that additional pages will be produced upon plaintiff's return of a medical release[.]"  *Id*. at 1.  Plaintiff did not object to the response after he received it, and has not indicated that he believes the response to be incomplete, or that any objections made therein are not legally sufficient. Although defendants have failed to provide the Court with copies of the documents produced, Plaintiff has not taken exception to Defendants' assertion that they have responded in full to Plaintiff's RFP.  Accordingly, Plaintiff's first motion to compel (Dkt. No. 16) is **denied as moot**.  *See, e.g., Hamilton v. Poole*, No. 95-CV-239H, 1997 WL 626406, at *6 (W.D.N.Y. Sep. 22, 1997) (denying motion to compel filed by plaintiff where defendants responded to discovery after motion was filed).

WHEREFORE, it is hereby

**ORDERED**, that Plaintiff's Motion to Compel (Dkt. No. 32) is **denied** as moot, and it is further

**ORDERED**, that the Clerk serve a copy of this Decision and Order on the parties in accordance with the Local Rules.

Date:  March 7, 2008
       Albany, N.Y.

RANDOLPH F. TREECE
United States Magistrate Judge