UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GABRIEL MIDALGO

                Plaintiff,

   vs                                       9:06-CV-330

McLAUGHLIN, et al.
                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

GABRIEL MIDALGO
97-A-7235
Plaintiff, pro se
Southport Correctional Facility
P.O. Box 2000
Pine City, New York 14871


HON. ANDREW M. CUOMO                ADELE M. TAYLOR SCOTT, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224-0341

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983.  On March 6, 2009, the Honorable Randolph F. Treece, United States Magistrate Judge, advised, by Report-Recommendation, that plaintiff's complaint be dismissed for failure to prosecute and provide a current address.  No objections to the Report-Recommendation were filed.

Based upon a careful review of entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. <u>See</u> 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that the complaint is DISMISSED in its entirety.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 30, 2009

Utica, New York.